UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK,<br><br>　　　　　Defendant. | No. 2:15-cv-02252-KJM-EFB<br><br><br>ORDER |

   All attorneys who wish to appear in the Eastern District of California must be admitted to practice or admitted to appear pro hac vice. *See* L.R. 180. On December 3, 2015, the parties submitted a stipulation and proposed order for extension to respond to complaint. ECF No. 5. On January 15, 2016, the parties submitted another stipulation and proposed order for extension to respond to complaint. ECF No. 6. The court did not resolve the parties' requests because plaintiff's counsel was not admitted to the Bar of the Eastern District of California. To date, plaintiff's counsel still has not been admitted, despite requests by the clerk's office and by the court. Accordingly, plaintiff's counsel is hereby ORDERED, within fourteen (14) days of entry of this order, to show cause why he should not be sanctioned in the amount of $250 for his failure to comply with the Local Rules.

   IT IS SO ORDERED.

DATED: February 4, 2016

_____
UNITED STATES DISTRICT JUDGE

1